UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
CRISTIAN FIGUEROA,                                                     :
:
                         Plaintiff,                                  :
:
               -v-                                                  :         25 Civ. 6295 (JPC)
:
JP MORGAN CHASE BANK N.A. and EXPERIAN                                 :           ORDER
INFORMATION SOLUTIONS, INC.,                                           :
:
                        Defendants.                                :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On July 31, 2025, Defendant JP Morgan Chase Bank N.A. removed this case to federal court. Dkt. 1. Defendant Experian Information Solutions, Inc.'s ("Experian") deadline to respond to the Complaint was therefore August 7, 2025. *See* Fed. R. Civ. P. 81(c)(2). That deadline has passed, and the docket does not reflect a response to the Complaint from Experian. Accordingly, the Court extends *sua sponte* Experian's deadline to respond to the Complaint until August 20, 2025. If Experian once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by August 27, 2025.

       Plaintiff is directed to mail a copy of this Order by First Class Mail to the address at which Experian was served with the Summons and Complaint, and to file proof of service on the docket within two days of such service.

       SO ORDERED.

Dated: August 11, 2025
       New York, New York                                              JOHN P. CRONAN
                                                              United States District Judge