```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
CRISTIAN FIGUEROA,                                                     :
                                                                       :
                                Plaintiff,                             :
                                                                       :
                -v-                                                    :     25 Civ. 6295 (JPC)
                                                                       :
JP MORGAN CHASE BANK, N.A.,                                            :     ORDER OF DISMISSAL
                                                                       :
                                Defendant.                             :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court has been informed that Plaintiff and Defendant JP Morgan Chase Bank, N.A. ("JP Morgan") have reached a settlement in principle in this case. Accordingly, it is ordered that Plaintiff's claims against JP Morgan are dismissed without costs and without prejudice to renewing the claims, provided the application is made within forty-five days of this Order in the event the settlement agreement is not completed and executed. Any such application filed after forty-five days from the date of this Order may be denied solely on that basis. If Plaintiff and JP Morgan wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Pursuant to 3.G of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record. The Clerk of Court is respectfully directed to terminate Defendant JP Morgan and close the case.

SO ORDERED.

Dated: September 16, 2025
       New York, New York
                                                    _____
                                                    JOHN P. CRONAN
                                                    United States District Judge